# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1680
Lower Tribunal No. F18-17745

————————

**Frederick Lawrence Cole, III,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Frederick Lawrence Cole, III, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.